JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James F. Cohan, ) | CASE NO. CV 07-7983-JVS(ANx) |
|       Plaintiff, ) | ORDER OF DISMISSAL FOR |
|   v. ) | LACK OF PROSECUTION |
| Ralphs Pharmacy, et al., ) | |
|       Defendants. ) | |

    On June 2, 2008, the Court set a Scheduling Conference for July 7, 2008 at 10:30 a.m. and gave plaintiff permission to appear telephonically.

    The Court, at the July 7, 2008 hearing, then issued an Order to Show Cause why this action should not be dismiss for failure to prosecute when the plaintiff was not available at the time the Courtroom Clerk tried to placed the conference call for the Scheduling Conference.

    The Plaintiff having filed no written response to the Order to Show Cause and not having made an appearance at the Order to Show Cause Hearing on August 4, 2008 at 10:30 a.m. as directed by the minute order of July 7, 2008, the Courtroom Deputy having tried to

1 | reach the plaintiff by telephone and receiving no response,
2 |     IT IS HEREBY ORDERED that this action is dismissed for lack of
3 | prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: August 14, 2008

_____
James V. Selna
United States District Judge